IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ULV  D.C

05 JUL 12 PM 5: 3(

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| RORY ALLEN GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   04-2628 MaV |
| ) | |
| GARY AARON, et al., ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT
FOR FAILURE TO MAKE DISCLOSURES OR COOPERATE IN DISCOVERY

Before the court is the June 30, 2005 motion of the plaintiff, Rory Gregory, for sanctions against the defendants for failure to make disclosures or cooperate in discovery pursuant to Federal Rule of Civil Procedure 37. The motion has been referred to the United States Magistrate Judge. For the following reasons, the motion is denied.

Gregory has moved for sanctions based on the fact that the defendants have failed to propound answers to his discovery requests within the time provided in the court's March 29, 2005 scheduling order. However, on June 27, 2005, this court entered a protective order, relieving the defendants from the obligation to respond to Gregory's discovery requests until the court has determined whether the defendants assertion of qualified immunity is valid. Accordingly, the present motion denied as moot.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   7-14-05

4/9

IT IS SO ORDERED this 12th day of July, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CV-02628 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Rory Allen Gregory
FCI-MEMPHIS
36628-079
P.O. Box 34550
Memphis, TN 38184--055

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT