IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 28 PM 3:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RORY ALLEN GREGORY,

    Plaintiff,

VS.                                   NO. 04-2628-MaV

GARY AARON, ET AL.,

    Defendants.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the plaintiff's July 25, 2005, motion requesting an extension of time within which to file a response to the defendant's motion to dismiss or in the alternative for summary judgment. For good cause shown, the motion for extension is granted. The plaintiff shall have additional time to and including August 12, 2005, within which to file a response.

It is so ORDERED this 27th day of July, 2005.

                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02628 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Rory Allen Gregory
FCI-MEMPHIS
36628-079
P.O. Box 34550
Memphis, TN 38184--055

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT