IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RORY ALLEN GREGORY,

    Plaintiff,

VS.

                              NO. 04-2628-MaV

GARY AARON, ET AL.,

    Defendants.

---

ORDER ALLOWING EXCESS PAGE LIMIT

---

Before the court is the August 11, 2005, motion by plaintiff for permission to file a response to defendants' motion to dismiss or for summary judgment, which is in excess of the Rule 7.2(e) page limitation.  Plaintiff's motion is moot, as the response has been filed and was docketed on August 3, 2005. Plaintiff's motion is therefore denied as moot.

So ORDERED this _18th_ day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-24-05_

64

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:04-CV-02628 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Rory Allen Gregory
FCI-MEMPHIS
36628-079
P.O. Box 34550
Memphis, TN 38184--055

Honorable Samuel Mays
US DISTRICT COURT