IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 26 PM 2:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| RORY ALLEN GREGORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2628MaV |
| | ) | |
| GARY AARON, et al., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO DEFENDANT'S RESPONSES TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF

Before the court is the request of the plaintiff, Rory Allen Gregory, pro se, for additional time to file replies to the responses of the defendants to the plaintiff's motion to amend his complaint and his request for injunctive relief.

For good cause shown, the motion is granted. The plaintiff shall have through Monday, October 3, 2006, in which to file replies to the defendant's responses to his two motions.

IT IS SO ORDERED.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: September 26, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-28-05

70

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CV-02628 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Rory Allen Gregory
FCI-MEMPHIS
36628-079
P.O. Box 34550
Memphis, TN 38184--055

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT